UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Dennis C. Williams, Sr.
Dennis Williams, Jr., and
Ruben Childs,

Plaintiffs,

vs.

The City of Brooklyn Park,
Mark Blumberg, Christopher Donahue,
Craig Enevoldsen, David Guderian,
Todd Milburn, Kent Nielsen, Scott Parsons,
Charles Ryan, Richard Schapekahm,
Scott Stroupe, John Doe and Richard Roe,

Defendants.

Court File No.: CV 00-2189 JMR/FLN

**STIPULATION AND ORDER**

The parties agree that Brooklyn Park Police Officers Charles Ryan, David Guderian and Richard Schapekahm were not involved in the arrests of the Plaintiffs. Therefore, Plaintiffs have voluntarily agreed to withdraw their claims against these Defendants without prejudice. No money was paid to obtain this dismissal.

ATTORNEY AT LAW

Dated: 1/13/01

By: Robert M. Gardner
Robert M. Gardner, #234977
Attorneys for Plaintiffs
P.O. Box 22071
St. Paul, MN 55122-0071
(651) 681-8339

JAN 25 2001

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 25 2001
DEPUTY CLERK

ERSTAD & RIEMER, P.A.

Dated: 1/19/01

By: ______________________

Jon K. Iverson, #146389
Paul D. Reuvers, #217700

Attorneys for Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431-4441
(952) 896-3700

**ORDER**

The attached Stipulation having been presented to the Court, IT IS HEREBY ORDERED that all claims against Brooklyn Park Police Officers Charles Ryan, David Guderian and Richard Schapekahm are hereby dismissed, without prejudice, and without costs or disbursements to any party and the case caption be amended to reflect the dismissal of the foregoing parties from this matter.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 23, 2001

By: ________________________
Honorable Judge James M. Rosenbaum
United States District Court