# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Dennis C. Williams, Sr., Dennis Williams, Jr., and Ruben Childs**

Case No. Civil **00-2189 JMR FLN**

v.

**JUDGMENT IN A CIVIL CASE**

**The City of Brooklyn Park, Mark Blumberg, Christopher Donahue, Craig Enevoldsen, Todd Milburn, Kent Nielsen, Scott Parsons, Scott Stroupe, Joh Doe and Richard Roe**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that all claims against Brooklyn Park Police Officers Charles Ryan, David Guderian and Richard Schapekahm are hereby dismissed, without prejudice, and without costs or disbursements to any party and the case caption be amended to reflect the dismissal of the foregoing parties from this matter.**

DATE: **January 25, 2001**

FRANCIS E. DOSAL, CLERK

Deborah D. Bell

Deborah D. Bell, Deputy Clerk

7